Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Fyance Dawson, <br><br> Plaintiff, <br><br> vs. <br><br> Michael D. Downey, Chad Kolitwenzew, S Handson, R. Bartucci, Todd Scholendorf, James Stevenson, <br><br> Defendant. | Case Number: 14-cv-2020 |

### JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendants and against the Plaintiff, with the parties to bear their own costs.

**Dated: June 10, 2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court